# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELVIN DESHAWN LITTRELL,
              Appellant,
      vs.
THE STATE OF NEVADA,
              Respondent.

No. 80370

FILED

MAY 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. We

ORDER this appeal DISMISSED.[1]

_____ J.
Parraguirre

_____, J.        _____, J.
Hardesty                            Cadish

_____

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

20-16622

cc: Hon. Michael Montero, District Judge
Humboldt County Public Defender
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk